United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUAN DIEGO MARTINEZ-RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-107 |
| | § | CRIMINAL ACTION NO. 5:22-cr-1052-15 |
| THE UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 27, 2025, the Court referred a writ of habeas corpus pursuant to 28 U.S.C. § 2255 to United States Magistrate Judge Christopher dos Santos for a Report and Recommendation (*see* Civ. Dkt. No. 2; Dkt. No. 999). Judge dos Santos issued his report (Civ. Dkt. No. 12; Dkt. No. 1003), recommending that: (1) the Court find Petitioner's writ of habeas corpus as not entitled to relief and deny it; (2) the Government's Motion for Summary Judgment (Civ. Dkt. No. 11; Dkt. No. 1002) be granted; and (3) the Court *sua sponte* deny Petitioner a certificate of appealability (*see* Civ. Dkt. No. 12; Dkt. No. 1003). The fourteen-day objection period has lapsed, and no party objected to these recommendations. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 6(d) (affording litigants an extra three days to act when service is made via mail).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding

1

none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's Report and Recommendation (Civ. Dkt. No. 12; Dkt. No. 1003).

Accordingly, Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Dkt. No. 1; Dkt. No. 982) is **DENIED WITH PREJUDICE**. The Government's Motion for Summary Judgment (Civ. Dkt. No. 11; Dkt. No. 1002) is **GRANTED**. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Clerk of Court is **DIRECTED** to notify Petitioner by sending him a copy of this order.

Finally, the Court finds that Petitioner plainly cannot demonstrate "that 'jurists of reason would find it debatable whether the [§ 2255] petition states a valid claim of the denial of a constitutional right.'" *Wallace v. Mississippi*, 43 F.4th 482, 492 (5th Cir. 2022) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000)). Accordingly, a certificate of appealability is **DENIED**. The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action. The Court will enter Final Judgment under separate cover. *See* Fed. R. Civ. P. 58(a).

It is so **ORDERED**.

**SIGNED** January 6, 2026.

Marina Garcia Marmolejo
United States District Judge